**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAY 23 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    18-50135 |
| Plaintiff-Appellee, | D.C. No. 2:06-cr-00644-DSF-1 |
| v. | |
| CESAR ZUNIGA, AKA Christian Briant Beltran, AKA Black, AKA Cesar Black, AKA Blackie, AKA Cesar Garcia, AKA Moreno, AKA Cesar Adrian Zuniga, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted May 21, 2019**

Before:  THOMAS, Chief Judge, FRIEDLAND and BENNETT, Circuit Judges.

Cesar Zuniga appeals from the revocation of supervised release and the 24-month sentence imposed upon revocation.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Zuniga's counsel has filed a brief stating that there are no grounds

---

  \*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

  \*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

18-50135